WEMBACH CORPORATION, Appellant, *v.* EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, Impleaded with Another.

Argued October 7, 1942; decided October 29, 1942.

*Irving Payson Zinbarg* for appellant.

*John E. McAniff, Lester T. O'Connor* and *Joseph H. Praetz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.